IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| D&B II ENTERPRISES LLC on behalf of itself and all others similarly situated doing business as Bain Accounting/Tax., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL TAX SYSTEMS, INC. a Virginia Corporation doing business as CCH Small Firm Services, <br><br> Defendant. | CASE NO. MC416-012 |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, Universal Tax System, Inc.'s Motion for Rule to Show Cause (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to forward this order to the United States Court of the Northern District of Illinois and to close this miscellaneous civil case.

SO ORDERED this 15th day of December 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA